**DISMISS and Opinion Filed November 20, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00254-CR**

**ANTONIO EUDABE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 17-30404-422-F**

# MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Pedersen, III
Opinion by Justice Osborne

Before the Court is appellant's November 7, 2019 motion to dismiss the appeal. The

motion is signed by appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We grant the motion

and dismiss this appeal.

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
190254F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

ANTONIO EUDABE, Appellant

No. 05-19-00254-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 422nd Judicial District Court, Kaufman County, Texas
Trial Court Cause No. 17-30404-422-F.
Opinion delivered by Justice Osborne, Justices Partida-Kipness and Pedersen, III participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered November 20, 2019